**Receipt 1:**

7006 3450 0002 2027 5276

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

07-cv-02698-WDM-KLM

PS Form 3800, August 2006    See Reverse for Instructions

---

**Receipt 2:**

7006 3450 0002 2027 5290

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

United States Attorney General
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

07-cv-02698-WDM-KLM

PS Form 3800, August 2006    See Reverse for Instructions

---

**Receipt 3:**

7006 3450 0002 2027 5283

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Harrell Watts, Administrator
National Inmate Appeals
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

07-cv-02698-WDM-KLM

See Reverse for Instructions