IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02698-WDM-KLM

AHMED ABDEL SATTAR,

      Plaintiff,

v.

ALBERTO GONZALES,
HARLEY LAPPIN,
HARREL WATTS,
RONALD WILEY, and
UNKNOWN FBI AGENTS 1-5,

      Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

This matter is before the Court *sua sponte.*  Neither party timely appeared for the preliminary Scheduling Conference set in this case [Docket No. 23].  Accordingly,

IT IS HEREBY **ORDERED** that the preliminary Scheduling Conference set for June 3, 2008 at 10:30 a.m. is **vacated** and **RESET** to **June 18, 2008 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Plaintiff and his case manager shall appear telephonically by contacting Chambers at **(303) 335-2770** on the date and time set for the hearing to participate.

In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following:

Tina Sudlow, Case Manager for Ahmed Abdel Sattar #53506-054
Florence ADMAX
US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated:      June 3, 2008