IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02698-WDM-KLM

AHMED ABDEL SATTAR,

    Plaintiff,

v.

ALBERTO GONZALES,
HARLEY LAPPIN,
HARREL WATTS,
RONALD WILEY, and
UNKNOWN FBI AGENTS 1-5,

    Defendants.

_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel** [Docket No. 42; Filed July 11, 2008] and **Plaintiff [sic] Motion for Extension of Time to Answer Defendants' Motion to Dismiss** [Docket No. 46; Filed July 21, 2008]. The Court has reviewed the Motions, Defendants' Response to the Motion to Compel [Docket No. 45; Filed July 21, 2008] and the entire case file and is sufficiently advised in the premises.

    In Plaintiff's Motion to Compel, he requests that Defendants be compelled to provide him with copies of unpublished cases that Defendants cited in their Motion to Dismiss. Defendants' Response indicates that Defendants mailed the requested unpublished decisions to Plaintiff, and that prison officials confirmed that Plaintiff had received the mailing as of July 21, 2008. *Response* [#45] at 3. Defendants further indicate that they do not oppose an extension of time for Plaintiff to respond to their Motion to Dismiss.

    Accordingly, IT IS HEREBY **ORDERED** that Plaintiff's Motion to Compel [Docket No. 42; Filed July 11, 2008] is **DENIED AS MOOT**.

    IT IS FURTHER **ORDERED** that **Plaintiff [sic] Motion for Extension of Time to Answer Defendants' Motion to Dismiss** [Docket No. 46; Filed July 21, 2008] is **GRANTED**. Plaintiff shall file his response to Defendant's Motion to Dismiss [Docket No. 25; Filed May 19, 2008] on or before **August 21, 2008**.

    Dated:       July 21, 2008