IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02698-WDM-KLM

AHMED ABDEL SATTAR,

    Plaintiff,

v.

ALBERTO GONZALES,
HARLEY LAPPIN,
HARREL WATTS,
RONALD WILEY, and
UNKNOWN FBI AGENTS 1-5,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Clarify the Effect of the Stay of Discovery on the Deadline for Filing Dispositive Motions** [Docket No. 67; Filed November 24, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court's Order staying discovery [Docket No. 60] also effectively stayed the deadline for filing of dispositive motions. Upon District Judge Miller's ruling on the pending Recommendation [Docket No. 63], the Court will hold a scheduling conference and set new discovery deadlines, including the dispositive motion deadline, for the above-captioned case.

    Dated:    November 24, 2008