IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02698-WDM-KLM

AHMED ABDEL SATTAR,

    Plaintiff,

v.

ALBERTO GONZALES,
HARLEY LAPPIN,
HARREL WATTS,
RONALD WILEY, and
UNKNOWN FBI AGENTS 1-5,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Depose Plaintiff** [Docket No. 115; Filed January 27, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendants shall take the deposition of Plaintiff on **February 11, 2010, beginning at 8:30 a.m.**

Dated:    January 28, 2010