IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02698-WDM-KLM

AHMED ABDEL SATTAR,

     Plaintiff,

v.

ALBERTO GONZALES,
HARLEY LAPPIN,
HARREL WATTS,
RONALD WILEY, and
UNKNOWN FBI AGENTS 1-5,

     Defendants.

_____

## MINUTE   ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

     This matter is before the Court on **Defendants' Motion for Leave to File Supplemental Response to Plaintiff's Motion Regarding Expert Witness** [Docket No. 119; Filed January 29, 2010] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

     IT IS HEREBY FURTHER **ORDERED** that the Court **accepts** for filing Defendants' Supplemental Response to Plaintiff's Motion Regarding Expert Witness [Docket No. 119-3] as of the date of this Order.

     IT IS FURTHER **ORDERED** that Plaintiff shall file a reply to the Supplemental Response, if any, on or before **February 15, 2010**.


Dated:   February 1, 2010