IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02698-WDM-KLM

AHMED ABDEL SATTAR,

    Plaintiff,

v.

ALBERTO GONZALES,
HARLEY LAPPIN,
HARREL WATTS,
RONALD WILEY, and
UNKNOWN FBI AGENTS 1-5,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Stay** [Docket No. 166; Filed January 7, 2011] (the "Motion"). Plaintiff is an inmate at the Florence ADMAX United States Penitentiary, and he filed this case *pro se.* On November 26, 2010, the Clerk of the Court informed Plaintiff that prospective counsel, Attorneys Kendra Beckwith and Scott Barker, would like to consult with him about possible representation. *See Declaration of Ahmed Sattar in Support of Motion to Stay* [Docket No. 167] at 6. Because Plaintiff is incarcerated subject to "special administrative measures" (SAM), he has had difficulty communicating with prospective counsel. To date, prospective counsel have not entered an appearance in this case. Plaintiff now seeks a temporary stay of the case so as to allow time for prospective counsel to undertake representation. Plaintiff would like the benefit of

representation before responding to Defendants' Motion for Summary Judgment [Docket No. 130]. The deadline for Plaintiff to respond to the Motion for Summary Judgment is February 1, 2011. *Minute Order* [Docket No. 152].

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that this case is stayed pending the entry of an appearance by counsel for Plaintiff. At that time, the Court will set a status conference to establish new case management deadlines.

IT IS FURTHER **ORDERED** that Plaintiff's Motion to Compel [Docket No. 159] is **DENIED as moot**.

Dated:   January 19, 2011