## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No. 07-cv-02698-WDM-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: February 22, 2011** | Courtroom Deputy, Emily Seamon |

AHMED ABDEL SATTAR,                       Kendra Beckwith

    **Plaintiff,**

v.

ALBERTO GONZALES, in his official         Susan Prose
capacity as U.S. Attorney General,
HARLEY LAPPIN, in his official capacity
as Director, Bureau of Prisons,
HARREL WATTS, in his official capacity
as Administrator National Inmate Appeals,
RONALD WILEY, in his official capacity
as Warden, USP Florence ADMAX,
Unknown FBI Agents 1-5,

    **Defendants.**

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:  STATUS CONFERENCE**
**Court in Session: 9:40 a.m.**
Court calls case.  Appearance of counsel.  Plaintiff appears by telephone.

Court notes that the Motion for Summary Judgment [Doc. #130 filed March 29, 2010] is pending.

**IT IS ORDERED:**     Defendant's Oral Motion to Withdraw the Motion for Summary Judgment is **GRANTED**, and therefore the Motion for Summary Judgment [Doc. #130] is **WITHDRAWN WITHOUT PREJUDICE**.

Deadline for Joinder of parties / Amendment of pleadings is **May 6, 2011**.

Discovery Cut-off is **August 22, 2011**.

Dispositive Motions deadline is **September 30, 2011**.

Parties shall designate affirmative experts **on or before June 17, 2011**.

Parties shall designate rebuttal experts **on or before July 18, 2011.**

Each side shall be limited to ten (10) Interrogatories, ten (10) Requests for Production of Documents, and ten (10) Requests for Admissions, absent leave of court.

Each side shall be limited to three (3) Depositions, absent leave of court.

HEARING CONCLUDED.

**Court in recess: 9:53 a.m.**
Total In-Court Time: 00:13

To order a transcript of this hearing,   please contact   Avery Woods Reporting   (303) 825-6119