IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02698-PAB-KLM

AHMED ABDEL SATTAR,

    Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General of the United States, in his official capacity,
HARLEY LAPPIN, Director of the Federal Bureau of Prisons, in his official capacity,
HARRELL WATTS, Administrator of National Inmate Appeals for the Federal Bureau of Prisons, in his official capacity,
BLAKE DAVIS, Warden, the United States Penitentiary-Administrative Maximum, in his official capacity,
UNKNOWN FBI AGENTS 1-5, in their official capacities,
MICHAEL NALLEY, Regional Director, North Central Region, in his official capacity, and
JOHN DOES 1-5, in their official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX

    This matter is before the Court on **Defendants' Unopposed Motion for Leave to File Answer Out of Time** [Docket No. 239; Filed April 17, 2012] (the "Motion").  The Court favorably notes the professionalism and cooperation of counsel regarding this issue.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendants' Answer is accepted as filed.  The Clerk of Court is directed to enter the Answer located at Docket No. 239-2, effective as of the date of this Minute Order.

    Dated:    April 18, 2012