IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02698-PAB-KLM

AHMED ABDEL SATTAR,

    Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General of the United States, in his official capacity,
HARLEY LAPPIN, Director of the Federal Bureau of Prisons, in his official capacity,
HARRELL WATTS, Administrator of National Inmate Appeals for the Federal Bureau of Prisons, in his official capacity,
BLAKE DAVIS, Warden, the United States Penitentiary-Administrative Maximum, in his official capacity,
UNKNOWN FBI AGENTS 1-5, in their official capacities,
MICHAEL NALLEY, Regional Director, North Central Region, in his official capacity, and
JOHN DOES 1-5, in their official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave to Designate One Additional Potential Expert Witness** [Docket No. 252; Filed August 1, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#252] is **GRANTED**.  Defendants may designate one additional expert witness, for a total of three expert witnesses.

    Dated:   August 2, 2012