IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02698-PAB-KLM

AHMED ABDEL SATTAR,

    Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General of the United States, in his official capacity,
HARLEY LAPPIN, Director of the Federal Bureau of Prisons, in his official capacity,
HARRELL WATTS, Administrator of National Inmate Appeals for the Federal Bureau of Prisons, in his official capacity,
BLAKE DAVIS, Warden, the United States Penitentiary-Administrative Maximum, in his official capacity,
UNKNOWN FBI AGENTS 1-5, in their official capacities,
MICHAEL NALLEY, Regional Director, North Central Region, in his official capacity, and
JOHN DOES 1-5, in their official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Amendment of the Scheduling Order** [Docket No. 260; Filed September 7, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#260] is **GRANTED**. The Scheduling Order entered on March 28, 2012 [#238] is amended to extend the following deadlines:

- Discovery Deadline     **December 31, 2012**
- Dispositive Motions Deadline     **January 29, 2013**

    IT IS FURTHER **ORDERED** that Plaintiff may conduct one additional non-expert deposition, for a total of four non-expert depositions.

    Dated: September 10, 2012